# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**PHILLIP HORRELL,**
**Plaintiff,**              )
                            )
                            )
      vs.         )     Case Number: **09-2112**
                            )
                            )
**TIMOTHY MENARD and**
**JEAN RICMOND,**
**Defendants.**             )

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff. The case is terminated in its entirety. The parties are to bear their own costs.

**Dated:** July 19, 2011

                                       s/ Pamela E. Robinson
                                       Pamela E. Robinson
                                       Clerk, U.S. District Court